# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID THOMAS WARREN,

    Petitioner,

vs.

CATHERINE CORTEZ MASTO,

    Respondent.

Case No. 3:14-cv-00479-RCJ-VPC

**ORDER**

    Petitioner has submitted a request for clarification and extension of time (#9). Petitioner expresses confusion with naming the warden of the prison as a respondent, because the sentence he is challenging has expired. Regardless of the status of that sentence, petitioner is in prison, and the correct respondent is the warden of that prison. The court will give petitioner additional time to submit an amended petition that corrects the defect.

    IT IS THEREFORE ORDERED that the request for clarification and extension of time (#9) is **GRANTED** in part. Petitioner shall have through January 16, 2014, to file an amended petition in accordance with the court's earlier order (#5).

    Dated: This 30th day of December, 2014.

_____
ROBERT C. JONES
United States District Judge