# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID THOMAS WARREN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 3:14-cv-00479-RCJ-VPC

**ORDER**

Respondents have submitted a motion for enlargement of time (first request) (#13) and a motion to substitute party (#14). The court grants both motions.

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#13) is **GRANTED**. Respondents shall have through September 25, 2015, to file and serve an answer or other response to the petition.

IT IS FURTHER ORDERED that respondents' motion to substitute party (#14) is **GRANTED**. The clerk of the court shall substitute Dwight Neven for Catherine Cortez Masto as respondent.

Dated: This 25th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge