# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

DAVID THOMAS WARREN,

       Petitioner,

v.

DWIGHT NEVEN, et al.,

       Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:14-cv-00479-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus (ECF No. 11) is denied.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

July 13, 2017                                                   **DEBRA K. KEMPI**
                                                                                          Clerk

                                                                                          /s/ K. Rusin
                                                                                          Deputy Clerk